Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR4510-JAH |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL INDICTMENT |
| vs. | |
| AARON DWAYNE PITTMAN, et al., | |
| Defendant. | |

COMES NOW, the plaintiff, United States of American, by and through its counsel Laura E. Duffy, United States Attorney, and Alessandra P. Serano, respectfully requests, the Court to unseal the Indictment filed in this case.

DATED:    January 7, 2014    Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Alessandra P. Serano
ALESSANDRA P. SERANO
Assistant United States Attorney