FILED

14 JAN -8 AM 12: 58

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CVL

DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>      vs.<br><br>AARON DWAYNE PITTMAN, et al.,<br><br>                    Defendant. | Case No.: 13CR4510-JAH<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Indictment filed in this case be UNSEALED.


DATED:    January 7, 2014


Hon. Barbara L. Major
U.S. Magistrate Judge

1